IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>JOSE ORTIZ-FIGUEROA,<br><br>           Defendant. | **8:20-CR-117**<br><br>**FINAL ORDER OF FORFEITURE** |

      This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 51. The Court has reviewed the record in this case and finds as follows:

      1.    On February 19, 2021, the Court entered a Preliminary Order of Forfeiture, forfeiting defendant's interest in the $5,453.93 in U.S. currency. Filing 42.

      2.    On April 27, 2021, the United States filed a Declaration of Publication regarding the posting of Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov. Filing 50.

      3.    The United States has advised the Court that no party has filed a petition. From a review of the Court file, the Court finds that no person or entity has filed a petition.

      4.    The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

      1.  The United States of America's Motion for Final Order of Forfeiture (Filing 51) is granted;

      2.  All right, title, and interest in and to the $5,453.93 in U.S. currency held by any person or entity is hereby forever barred and foreclosed;

3. The $5,453.93 in U.S. currency is hereby forfeited to the United States of America; and

4. The United States is directed to forfeit the $5,453.93 in U.S. currency in accordance with law.

Dated this 27th day of April, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge